UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
                                           :
CENTINEL SPINE, Inc.,                      :       09
                                           :       ~~10~~ Civ. 09221 (RJH)
                      Plaintiff,           :
                                           :
       -against-                           :       ORDER
                                           :
LIFE SPINE, Inc.,                          :
                                           :
                      Defendant.           :
                                           :
-------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/10

     A **pre-trial** conference shall be held on March 26, 2010 at 10:00 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

**SO ORDERED:**
     **Dated: New York, New York**
     **February 22, 2010**

_____
Richard J. Holwell
United States District Judge